IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BOARD OF TRUSTEES of the PLUMBERS LOCAL UNION NO. 93 U.A.; BOARD OF TRUSTEES of the PLUMBERS LOCAL UNION NO. 93 U.A. RETIREMENT ACCOUNT FUND; BOARD OF TRUSTEES of the PLUMBERS LOCAL UNION NO. 93 U.A. PENSION FUND; BOARD OF TRUSTEES of the PLUMBERS LOCAL UNION NO. 93 U.A. HEALTH AND WELFARE FUND; BOARD OF TRUSTEES of the JOINT APPRENTICESHIP COMMITTEE FUND of the PLUMBING & HEATING INDUSTRY OF LAKE AND McHENRY COUNTIES; and The INDUSTRY ADVANCEMENT FUND; Plaintiffs, vs. FOUR SEASONS HEATING & COOLING, INC., an Illinois Corporation, Defendant. | NO.: 07CV3010 JUDGE: ASPEN MAGISTRATE JUDGE: NOLAN | |

## MOTION FOR ENTRY OF FINAL JUDGMENT

Now come Plaintiffs, the BOARD OF TRUSTEES of the PLUMBERS LOCAL UNION NO. 93 U.A., *et. al.,* by and through their attorneys, JOHNSON & KROL, LLC, and moves this Honorable Court for entry of Final Judgment against Defendant FOUR SEASONS HEATING & COOLING, INC. ("FOUR SEASONS"), pursuant to Rule 55(b) of the Federal Rules of Civil Procedure and in support thereof, states as follows:

1. On May 30, 2007, Plaintiffs filed their Initial Complaint in the above-captioned matter.

2. On June 5, 2007, copies of the Summons and Complaint were served upon an

1

agent/representative of Defendant FOUR SEASONS.

3. The Defendant did not file an Answer within 20 days of June 5, 2007, the date on which Defendant FOUR SEASONS was served with the Summons and Complaint.

4. On July 23, 2007 the Court entered a Default Judgment Order requiring the President of Defendant FOUR SEASONS to submit Contribution Reports for the months of May and June, 2007, in order to determine the amount of damages due and owing to the plaintiffs.

5. Defendants were further order to pay all amounts outstanding at the time of the order.

6. Defendant submitted the missing Contribution Reports on or about August 7, 2007.

7. Plaintiff then made attempts to resolve this matter through settlement. However, settlement attempts have not been successful to date.

8. Based on the Contribution Reports submitted to Plaintiffs the Defendant owes Plaintiffs $240,534.31 in unpaid contributions, liquidated damages, interest and attorney fees. (Ex. 1).

9. To date, Defendants have made payments toward the principal balance in the amount of $18,466.23

10. The principal balance that remains due and owing the Plaintiffs is $222,068.08

11. Plaintiffs respectfully request this Honorable Court enter Final Judgment in favor of Plaintiffs and against the Defendant FOUR SEASONS for unpaid contributions, liquidated damages, interest charges and reasonable attorney's fees and costs in the amount of $222,068.08 (Exhibit 1.)

12. A proposed Final Judgment Order is attached hereto as Exhibit 3.

WHEREFORE, Plaintiffs pray that this Honorable Court enter an Order of Final Judgment in favor of Plaintiffs and against Defendant in the amount of $222,068.08.

Respectfully submitted,

JOHNSON & KROL, LLC

By: /s/ Joseph E. Mallon – 6280529
One of Plaintiffs' Attorneys

Johnson & Krol, LLC
208 South LaSalle Street, Suite 1602
Chicago, Illinois 60604
(312) 372-8587